PROB 35

**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.              ) | **Docket Number:** 2:06CR00371-01 |
| ) | |
| **ELOISE DIXON**            ) | |
| ) | |

On December 15, 2006, the above-named was placed on probation for a period of 60 months. Dixon has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Cassandra A. Fox
**Cassandra A. Fox**
**United States Probation Officer**

Dated:   March 25, 2011
         Sacramento, California
         CAF/sc


**REVIEWED BY:**   /s/ Michael A. Sipe
                  **MICHAEL A. SIPE**
                  **Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Eloise DIXON**
    **Docket Number:   2:06CR00371-01**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Dated:  April 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge


Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office